3840. MACON, DUBLIN & SAVANNAH RAILROAD CO. *v.* STINSON.

RUSSELL, J. Though there was evidence on the part of the employees of the defendant railroad company rebutting the usual presumption, there is in the record sufficient evidence, introduced in behalf of the plaintiff, contradictory of this testimony, to fully authorize the verdict rendered. There was, therefore, no error in refusing a new trial.

*Judgment affirmed.*

DECIDED MAY 7, 1912.

Action for damages; from city court of Dublin—Judge Hawkins. November 3, 1911.

*Minter Wimberly, John S. Adams, Akerman & Akerman,* for plaintiff in error.